73  231
175s 472

### Charles F. Offutt v. World's Columbian Exposition.

APPELLATE COURT PRACTICE—*Where the Court is Evenly Divided.*—When only two of the judges of this court take part in the consideration of a case, if they are divided in opinion as to whether the judgment should be affirmed or reversed, it must be affirmed.

**Trespass on the Case,** for personal injuries.  Error to the Circuit Court of Cook County; the Hon., THOMAS G. WINDES, Judge, presiding. Heard in this court at the October term, 1897.  Affirmed.  Opinion filed January 27, 1898.

HENRY D. BEAM, WILLIAM R. RUMMLER, and ROBERT W. McCULLOCH, attorneys for plaintiff in error.

JOHN A. POST, and JOHN B. BRADY, attorneys for defendant in error.

PER CURIAM.—This case was tried in the lower court before Judge WINDES, then sitting on the circuit bench; hence he did not participate in the consideration of the case.

There is a division of opinion between the remaining justices, and the case is therefore affirmed by a divided court, and no opinion will be filed.